AO-10
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT

Calendar Year 2003

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial)  MARSH, MALCOLM F | 2. Court or Organization  U.S. DISTRICT COURT, OREGON | 3. Date of Report  5/7/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. DIST. JUDGE, SR. STATUS | 5. ReportType (check appropriate type)  ○ Nomination, Date  ○ Initial  ● Annual  ○ Final | 6. Reporting Period  1/1/2003  to  12/31/2003 |
| 7. Chambers or Office Address  1000 S. W. THIRD AVENUE  SUITE 1507  PORTLAND, OR 97204 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. BOARD MEMBER | RESIDENCE CONDOMINIUM ASSOCIATION |
| 2. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 12/68 | VESTED INTEREST IN FORMER LAW FIRM, CLARK, LINDAUER PLAN, PIONEER TRUST BANK, N.A., SALEM, OR    SEE VII, P. 5, LINE 86 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Incom - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARSH, MALCOLM F | 5/7/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. 1/4 Interest in Clark, et al, Salem, OR Rental, App. 1992 | D | Rent | M | Q | | | | | |
| 2. SMITH BARNEY FINANCIAL MANAGEMENT ACCOUNT | | | | | | | | | |
| 3. Smith Barney Municipal Money Market Fund Mutual Fund | A | Interest | J | T | | | | | |
| 4. | | | | | | | | | |
| 5. MUNICIPAL BONDS | | | | | | | | | |
| 6. Portland OR Central City Street, 04/01/2018 | A | Interest | K | T | | | | | |
| 7. Clackamas County, OR, Hospital, 10/01/04 | A | Interest | | | Full Call | 06/16 | J | A | |
| 8. Polk Marion Benton County, OR School Dist, Due 12/01/06 | A | Interest | J | T | | | | | |
| 9. Oregon State Bd Bk Revenue Service Pub Wks, 01/01/07 | A | Interest | J | T | | | | | |
| 10. Oregon St. Bd Bk Rev Ore Eco Comm Dev Dept, 01/01/2025 | A | Interest | J | T | | | | | |
| 11. Ore. Health Sci. Univ, 07/01/2015 | A | Interest | | | Sell | 09/11 | K | A | |
| 12. Umatilla Co. Ore. Hosp., 12-01-2030 | B | Interest | K | T | | | | | |
| 13. Portland, OR Urban Renewal & Redev., 06/15/2017 | A | Interest | | | Sell | 03/20 | K | A | |
| 14. Salem-Keizer Ore. S.D. 06/01/2013 | A | Interest | J | T | | | | | |
| 15. Ore St. Health HSF Edl & Cultural, 11-15-2032 | A | Interest | K | T | | | | | |
| 16. Portland Or Comm Coll Dist Ser 06/01/2019 | A | Interest | K | T | | | | | |
| 17. Wash Mult & Yamhill Cos OR S/D 06/01/2018 | A | Interest | K | T | | | | | |
| 18. Ore St. Dept Admin Svcs 05/01/2026 | A | Interest | | | Sell | 05/21 | K | B | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000.000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MARSH, MALCOLM F | 5/7/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Portland OR Housing Auth Rev Rfdg-Pooled 01/01/2027 | A | Interest | J | T | | | | | |
| 20. Ore. St. Brd Hghr Ed, Ser. A, 08-01-2014 | A | Interest | J | T | | | | | |
| 21. Ore. St. Brd Hghr Ed, Ser. A, 08/01/2016 | A | Interest | J | T | | | | | |
| 22. Clack Cnty Ore Sch Dist (Lk Osw), 06/01/2026 | A | Interest | K | T | | | | | |
| 23. Linn Benton Ore Cmnty Coll, 06/15/2015 | A | Interest | | | Sell | 02/20 | K | | |
| 24. Childrens Tr Fd, 05/15/2043 | B | Interest | | | Sell | 11/26 | K | | |
| 25. OHSU Rev Ser A MSF MBIA, 07/01/2032 | A | Interest | K | T | | | | | |
| 26. Ore. St. Elderly & Disable Hsg Serv, 08/01/2022 | B | Interest | K | T | | | | | |
| 27. Corvallis Sch. Dist 509J, Due 06/01/2018 30,000 | A | Interest | K | T | Buy | 02/20 | K | | |
| 28. Corvallis Sch. Dist 509J, Due 06/01/2018 20,000 | A | Interest | K | T | Part. Sale | 09/11 | K | | |
| 29. Ore. St. Dept. Admin Svcs, Due 05/01/2028 | A | Interest | K | T | Buy | 03/20 | K | | |
| 30. Washington & Clackamas Cnty SD#23 Due 06/15/2020 | A | Interest | K | T | Buy | 08/11 | K | | |
| 31. Clackamas Cnty Full Faith & Cred Oblgs, Due 06/01/2033 | A | Interest | K | T | Buy | 06/17 | K | | |
| 32. OR St Vets Welfare, Ser. B, Due 10/01/2042 | B | Interest | K | T | Buy | 09/11 | K | | |
| 33. Douglas Cnty S.D. #4, Due 12/15/2020 | A | Interest | K | T | Buy | 11/26 | K | | |
| 34. MUTUAL FUNDS | | | | | | | | | |
| 35. Pimco Real Return Fund | C | Dividend | M | T | | | | | |
| 36. Pimco Real Return Fund Mutual Fund | C | Dividend | K | T | Buy | 05/21 | K | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MARSH, MALCOLM F | 5/7/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. | | | | | | | | | |
| 38. SMITH BARNEY FINANCIAL MANAGEMENT ACCOUNT | | | | | | | | | |
| 39. Citibank NA Bank Deposit Program | A | Interest | J | T | | | | | |
| 40. MUNICIPAL BONDS | | | | | | | | | |
| 41. Portland Or Urban Renewal Redev Or Conv Cntr, 6-15-2017 | A | Interest | | | Sell | 03/20 | K | B | |
| 42. Ore St Housing & Comm Svcs, 7-1-2019, 15,000 | A | Interest | J | T | Partial Call | 01/02 | J | A | |
| 43. Ore. St. Housing & Comm. Svcs, Due 07/01/2019 5,000 | A | Interest | | | Full Call | 07/01 | J | A | |
| 44. Portland OR Central City Street, 04/01/2018 | A | Interest | K | T | | | | | |
| 45. Portland ORE Sewer System Rev, 06/01/2018 | B | Interest | K | T | | | | | |
| 46. Medford ORE Hosp Facs Auth Rev, 08/15/2028 | B | Interest | K | T | | | | | |
| 47. Oregon State Bd Bk Revenue Service Pub. Works 01/01/07 | A | Interest | J | T | | | | | |
| 48. Oregon St. Dept of Administ. Services (BMIA), 11/1/16, | A | Interest | J | T | | | | | Due Dt chgd to 11/15/2032 |
| 49. ORE St. Hlth HSF Edl & Cultural 11/15/2032 | A | Interest | K | T | | | | | |
| 50. Ptlnd Or Cmnty Coll Dist Ser 06/01/2019 | A | Interest | K | T | | | | | |
| 51. Wash, Mult & Yamhill Cos Ore S/D 06/01/2018 | B | Interest | J | T | | | | | |
| 52. Ore St Dept Admin Svcs 05/01/2026 | A | Interest | | | Sell | 05/21 | K | B | |
| 53. Ptld Or Hsg Auth Rev RFDG 01/01/2027 | A | Interest | K | T | | | | | |
| 54. Wash Cnty Ore Sch Dist (Forest Grove) 06/15/2021 | A | Interest | K | T | | | | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000.000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250.000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5.000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and d pendent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 55. Ore. St. Brd Hghr Ed., Ser. A, 08/01/2014 | A | Interest | J | T | | | | | |
| 56. Ore. St. Brd. Hghr Ed., Ser. A, 08/01/2015 | A | Interest | J | T | | | | | |
| 57. Ore. St. G/O St. Brd Hghr, 08/01/2013 | A | Interest | J | T | | | | | |
| 58. Linn Benton Ore Cmnty Coll, 06/15/2015 | A | Interest | | | Sell | 02/20 | K | A | |
| 59. Clack Cnty Ore Sch Dist (Lk Osw), 06/01/2026 | C | Interest | L | T | | | | | |
| 60. Ore. St. Elderly & Disabled Hsg Ser, 08/01/2022 | A | Interest | K | T | | | | | |
| 61. OHSU Rev Ser. A. MSF, MBIA, 07/01/2032 | A | Interest | K | T | | | | | |
| 62. ▆▆▆▆Tr. Fd., 05/15/2043 | A | Interest | | | Sell | 11/26 | J | A | |
| 63. Ore St Brd Higher Ed Baccalaureate, 08/01/2017 | A | Interest | J | T | | | | | |
| 64. Douglas County S.D. #4, Due 12/15/2020 | A | Interest | J | T | Buy | 11/25 | J | | |
| 65. Ore. St. Veterans Welfare Service, Due 10/01/2042 | A | Interest | K | T | Buy | 09/11 | K | | |
| 66. Washington/Clackamas Cnty S.D. 23 Tigard, Due 6/15/2020 | A | Interest | K | T | Buy | 08/11 | K | | |
| 67. Clackamas Cnty OR full faith & cred obligs, due 6/1/2033 | A | Interest | K | T | Buy | 06/17 | J | | |
| 68. Bend OR full faith & credit obligs, due 12/1/2022 | B | Interest | K | T | Buy | 04/16 | K | | |
| 69. Deschutes Cnty, OR, Hosp Facs, due 1/1/2022 | B | Interest | L | T | Buy | 04/03 | L | | |
| 70. Oregon St Dept Admin Svcs (OID), due 5/1/2028 | A | Interest | K | T | Buy | 03/20 | K | | |
| 71. Corvallis SD 509J, Due 6/1/2018 | A | Interest | K | T | Buy | 02/20 | K | | |
| 72. Corvallis SD 509J, Due 6/1/2018 | A | Interest | | | Sell | 09/11 | K | | |

1. Income/Gain Codes: (See Columns B1 and D4)  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000

2. Value Codes: ( e Columns C1 and D3)  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000  P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000

3. Value Method Codes (See Column C2)  Q = Appraisal  R = Cost (Real Estat Only)  S = Assessment  T = Cash/Market  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MARSH, MALCOLM F | 5/7/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. MUTUAL FUNDS | | | | | | | | | |
| 74. Pimco Real Return Fund | C | Interest | M | T | | | | | |
| 75. Pimco Real Return Fund, Cl. B | | | | | Buy | 05/21 | K | | |
| 76. Federal Home Loan Mtg. Corp .Due 8/28/2017, 25,000 | B | Interest | | | Sell-partial | 01/07 | K | | |
| 77. Federal Home Loan Mtg. Corp. Due 8/28/2017, 50,000 | C | Interest | | | Sell | 04/03 | L | | |
| 78. Delaware Tax Free Oregon Insured Fund | C | Interest | M | T | | | | | |
| 79. John Hancock Preferred Income Fund | B | Interest | K | T | Buy | 01/07 | K | | |
| 80. John Hancock preferred Income Fund | A | Interest | | | Sell | 04/16 | K | | |
| 81. | | | | | | | | | |
| 82. Key Bank Private Bank | C | Interest | M | T | | | | | |
| 83. U.S. Bank Checking Acct (x) | A | Interest | J | T | | | | | |
| 84. Key Bank Money Market Act | A | Interest | L | T | | | | | |
| 85. U.S. Bank Money Market Acct | B | Interest | L | T | | | | | |
| 86. 16% of Clark, Lindauer, et al., 401K PS Plan | A | Int & Div | O | T | Distrib. | 01/10 | K | A | Partial - annual w/draw profit |
| 87. | | | | | | | | | No management of |
| 88. | | | | | | | | | investments |
| 89. Pioneer Trust Bank (Distrib from Clark, Lindauer— above) | A | Interest | K | T | Distrib. | 02/17 | K | A | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br><br>MARSH, MALCOLM F | Date of Report<br><br>5/7/2004 |
|---|---|---|

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

Date _5/7/04_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544